**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 524 EAL 2017
:
             Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
         v. : **Order** of the Superior Court at No.
: 2643 EDA 2015 entered on October
: 19, 2017, **affirming** the Judgment of
ISIAH WILLIAMS, : Sentence of the Philadelphia County
: Court of Common Pleas at No. CP-51-
            Petitioner : CR-0003519-2014 entered on July 15,
: 2015

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is

**GRANTED**. The Superior Court's order is **VACATED** and the matter is **REMANDED** to

the Superior Court with instructions to remand to the trial court to grant Petitioner's motion

to dismiss pursuant to this Court's decision in *Commonwealth v. Perfetto*, ___A.3d ___,

2019 WL 1866653 (Pa. April 26, 2019).